HAYES, Respondent, v. J. L. KESNER CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 11, 1913.) Action by Margaret V. Hayes against the J. L. Kesner Company.

PER CURIAM. Motion granted, with costs, inasmuch as it does not appear that there is any merit in the appeal, as required by the special rule adopted October 4, 1910, and no excuse or explanation is given for appellant's failure to file brief.

HAYSMAN, Respondent, v. FITZPATRICK, Appellant. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by George Haysman against Annie E. Fitzpatrick.

PER.CURIAM. Judgment and order reversed, and new trial granted; costs to abide the event. The trial judge instructed the jury that the doctrine of res ipsa loquitur did not apply. Without expressing any opinion as to the soundness of this ruling, inasmuch as for the purposes of review upon appeal this must be taken to be the law of this case, there is no evidence of defendant's negligence sufficient to justify submission to the jury.

HECK v. UVALDE ASPHALT CO. (two cases). (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Daniel Heck against the Uvalde Asphalt Company. No opinion. Application and motion granted. Order signed and filed.

HELMER, Respondent, v. SCANLON, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 21, 1913.) Action by Adelma Helmer against William Scanlon. No opinion. Judgment and order affirmed, with costs.

HENDERSON, Respondent, v. DELPARK PRODUCTIONS, Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by Mark M. Henderson against the Delpark Productions. J. W. Osborne, of New York City, for appellant. S. G. Nissenson, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HESSEN v. McKINLEY. (Supreme Court, Appellate Division, First Department. April 11, 1913.) Action by Mary v. Hessen against James A. McKinley. No opinion. Motion granted. Question certified. Order filed. See, also, 140 N. Y. Supp. 724.

HIRSCH, Respondent, v. FREEDMAN BROS. CO., Appellant. (Supreme Court, Appellate Division, First Department. May 9, 1913.) Action by William S. Hirsch against the Freedman Bros., Company. J. Kohler, of New York City, for appellant. D. W. Blumenthal, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

HOFFMAN, Appellant, v. BANK OF CONEY ISLAND et al., Respondents. (Supreme Court, Appellate Division, Second Department, May 9, 1913.) Action by Adeline Hoffman against the Bank of Coney Island and others. No opinion. Order modified, so as to confine the examination of plaintiff before trial to the issues raised by the affirmative defenses pleaded in the answer, and, as so modified, affirmed, without costs.

HOFFMAN v. FORDHAMVIEW REALTY CO. (Supreme Court, Appellate Division, First Department. April 25, 1913.) Action by Elizabeth Hoffman against the Fordhamview Realty Company. No opinion. Motion granted, with $10 costs. Order filed.

HOFFSTAETTER, Respondent, v. SCHINKEL et al., Appellants. (Supreme Court, Appellate Division, First Department. May 23, 1913.) Action by Lillian E. Hoffstaetter against Charles G. Schinkel and others. C. O. Maas, of New York City, for appellants. L. H. Porter, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed. See, also, 150 App. Div. 925, 135 N. Y. Supp. 1118.

INGRAHAM, P. J., and LAUGHLIN, J., dissent.

HOLLAND, Appellant, v. RICKETTS, Respondent. (Supreme Court, Appellate Division, Third Department. May 22, 1913.) Action by John G. Holland against Charles Ricketts. No opinion. Order and judgment reversed, and new trial granted, with costs to appellant to abide event, upon the authority of St. Lawrence County National Bank v. Watkins, 153 App. Div. 551, 138 N. Y. Supp. 116.

HOLLANDER, Appellant, v. GARFINKEL, Respondent. (Supreme Court, Appellate Division, Second Department. April 30, 1913.) Action by Fannie Hollander against Heyman Garfinkel.

PER CURIAM. Order setting aside verdict and granting new trial reversed, and verdict unanimously reinstated, with costs, upon the ground that the evidence adduced upon the trial fully justified the jury in rendering its' verdict.

HOLLANDER, Appellant, v. HUDSON et al., Respondents. (Supreme Court, Appellate Division, First Department. April 18, 1913.) Action by Edwa Hollander against Charles J. Hudson and another. N. D. Stern, of New York City, for appellant. J. G. Saxe, of New York City, for respondents. No opinion. Judgment affirmed, with costs, on opinion in 152 App. Div. 131, 136 N. Y. Supp. 594. Order filed. See, also, 152 App. Div. 131, 136 N. Y. Supp. 594.